# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| PATRICIA FINDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-4025-CV-C-FJG-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration ) | |
| ) | |
| Defendant. ) | |

# ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. # 11).

Plaintiff has requested reimbursement in the amount of $ 1,836.75 for attorney fees which represents 10.25 hours at the rate of $147.00 per hour and 5.5 hours of paralegal time at the rate of $60.00 per hour. Plaintiff also requests an award of $150.00 for the cost of the filing fee. Defendant states that it has no objection to the amount of plaintiff's request.

Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is hereby **GRANTED** (Docs. # 11) and counsel shall be awarded $ 1,836.75 in attorney fees and $150.00 in costs to be reimbursed from the Judgment Fund administered by the United States Treasury.


Date: December 29, 2005  **S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri  Fernando J. Gaitan Jr.
United States District Judge